**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-20626-BLOOM/Louis

SANDRA L GROESCHEL

    Plaintiff,

v.

ENRIQUE GONZALEZ LECUONA,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion for Plaintiff to Submit to Independent Physical Examination Pursuant to Fed. R. Civ. P. 35, ECF No. [19] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [19]**, is **GRANTED** as follows:

1. Plaintiff Sandra L. Groeschel shall appear for an Orthopedic Examination Pursuant to Fed. R. Civ. P. 35, with Dr. David Barry Keyes, M.D. on August 19, 2020, at 11:00 a.m., at the offices of Dr. Keyes' located at: Sandrow and Keyes, M.D., P.A., 8940 SW 88 Street, Suite 1003-E, Miami, FL 33176.

2. The scope of the orthopedic examination shall be a complete physical examination by Dr. Keyes, of all areas that SANDRA GROESCHEL claims injury as a result of the incident. The examination will include and entail obtaining a full medical history of current complaints and limitations, past medical and surgical history, and the manner in which SANDRA GROESCHEL was injured during the subject accident. The physical

examination may include testing which may be necessary, including x-rays and/or putting SANDRA GROESCHEL through a range of motion testing and/or some other variation thereof. *Tarte v. United States*, 249 F.R.D. 856, 860 (S.D.F. Fla. 2008).

3. Pursuant to Florida law, SANDRA GROESCHEL shall not be required to complete any lengthy information forms upon arrival at Dr. Keyes' offices. SANDRA GROESCHL shall furnish the doctor with her name, address, and proof of identification. It is defense counsel's obligation to provide Dr. Keyes with SANDRA GROESCHEL's medical records and answers to interrogatories. SANDRA GROESCHEL shall not be required to bring any medical records, films, or other materials to the examination. It will not be necessary for Dr. Keyes to conduct extensive oral or written examinations. SANDRA GROESCHEL will respond to questioning by Dr. Keyes and/or his medical staff which is reasonably related to the examination, including inquiries regarding her medical history, description of the mechanism of her alleged injuries, and her current physical condition. SANDRA GROESCHEL will not respond to questioning pertaining to liability.

4. SANDRA GROESCHEL is permitted to have a court reporter and/or videographer and/or Plaintiff's counsel present at the medical examination. The defense or any of their representatives shall not attend the examination. Should the examination be videotaped, the recording shall remain the work product of Plaintiff's counsel, unless and until Plaintiff waives the privilege by listing same on her exhibit list and upon written request. If a court reporter is present during the medical examination, it shall remain work product of Plaintiff's counsel unless and until Plaintiff waives the privilege by listing same on their exhibit list; and upon written request, it shall be provided to defense counsel.

Case No. 1:20-cv-20626-BLOOM/Louis

5. The defense agrees to provide Plaintiff's counsel with a copy of a detailed written report setting out all significant opinions, including results of all tests taken, diagnoses and conclusions of Dr. Keyes within thirty (30) days of the receipt of the report.

6. Dr. Keyes shall be identified as the defense examining physician and/or compulsory medical examiner.

7. The defense is responsible for notifying Dr. Keyes of the terms of the order resulting from this agreed motion.

8. Should Plaintiff, SANDRA GROESCHEL, fail to appear for the scheduled examination, or cancel the scheduled examination within the time periods specified by Dr. Keyes' disruption fee policy, the incurred disruption fee charged by Dr. Keyes will be paid by the Plaintiff, SANDRA GROESCHEL, and the Court will reserve ruling on any additional sanctions including attorneys' fees expended to collect any disruption fee.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 29, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record